## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. BRITTANY C. TAYLOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-23-132-D |
| 1. THOMAS MATWETWE JUMA, | ) ) |
| 2. ROADPACER TRANSPORT LIMITED CO., | ) ) |
| Defendants. | ) ) |

### NOTICE OF REMOVAL

Defendants Thomas Watwetwe Juma ("Juma") and Roadpacer Transport Limited Co. ("Roadpacer") hereby remove Case No. CJ-2022-292 from the District Court for Pottawatomie County, State of Oklahoma, to the United States District Court for the Western District of Oklahoma pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446, and as grounds for their removal would show the Court as follows:

*The Removed Case*

1. On September 6, 2022, the above entitled case *Brittany C. Taylor v. Thomas Matwetwe Juma and Roadpacer Transport Limited Co.*, Case No. CJ-2022-292, was commenced in the District Court for Pottawatomie County, State of Oklahoma. On January 5, 2023, Plaintiff filed an Amended Petition amending her claims against Defendant in such action. A copy of the Petition and Amended Petition setting forth Plaintiff's claims for relief against all Defendants are attached as Exhibits 1 and 2 respectively.

2. Defendant Juma was served with a copy of Plaintiff's Petition and Amended Petition by private process server on January 25, 2023. A copy of the Summons served on

Defendant Juma along with the Return of Service for such Summons is attached as Exhibit 3.

3. Defendant Roadpacer was served with a copy of Plaintiff's Petition and Amended Petition by private process server on January 11, 2023. A copy of the Summons served on Defendant Roadpacer along with the Return of Service for such Summons is attached as Exhibit 4.

4. Plaintiff maintains a cause of action against both Defendants for allegedly negligently causing personal injury to Plaintiff in a motor vehicle accident on October 5, 2020. (Ex. 2, ¶¶ 13-14).

5. Plaintiff also maintains causes of action against Defendant Roadpacer for allegedly negligently retaining, supervising, and training Defendant Juma and for negligently entrusting its vehicle to Defendant Juma. (Ex. 2, ¶ 15).

6. On the face of her Amended Petition, Plaintiff demands actual damages for personal injury from the Defendants "in an amount in excess of the amount required for diversity jurisdiction pursuant to 28 U.S.C. § 1332". (Ex. 2, ¶¶ 16 and "Wherefore"). Plaintiff also seeks to recover punitive damages from Defendants. (*Id.*).

### *The Parties*

7. To the best of the Defendants' knowledge and belief, Plaintiff is a resident of the State of Oklahoma.

8. Defendant Juma is a resident of the State of Texas.

9. Defendant Roadpacer is a Texas corporation with its principal place of business located in the State of Texas.

*Jurisdiction & Venue*

10. This Court has original jurisdiction over this case under 28 U.S.C. § 1332(a) because the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs and the case is between citizens of different states. Accordingly, this action may be removed by Defendants pursuant to 28 U.S.C. § 1441(a).

11. This Notice of Removal is filed in this Court within thirty (30) days after January 11, 2023, the date Defendant Roadpacer was served with copies of Plaintiff's Petition and Amended Petition, which are the initial pleadings setting forth the claim for relief upon which this Removal is based.

12. Defendants Juma and Roadpacer are the only named Defendants, and both join this Notice of Removal.

13. Venue is proper in this Court under 28 U.S.C. § 1441(a) because the District Court of Pottawatomie County, State of Oklahoma, is within the United States District for the Western District of Oklahoma.

*Documents to Be Filed*

14. Pursuant to LCvR 81.2, a copy of the state court docket sheet is attached as Exhibit 5. Additionally, undersigned counsel hereby certifies that at the time of this Notice of Removal, the Petition and Amended Petition attached as Exhibits 1 and 2 respectively and the Summonses and Returns of Service for both Defendants attached hereto as Exhibits 3 and 4 are the only documents filed of record in the removed action, and that there are no pending Motions in the removed action.

15. Additionally, pursuant to LCvR 81.1, a Jury Trial Demand will be filed simultaneously with the filing of this Notice of Removal.

**WHEREFORE**, the Defendants respectfully request that this action be removed to this Court for further proceedings.

Dated this 9th day of February, 2023.

Respectfully submitted,

**FRANDEN | FARRIS | QUILLIN**
**GOODNIGHT | ROBERTS + WARD**

s/ *F. Jason Goodnight*
F. Jason Goodnight, OBA #19106
Brynna Schelbar Phillips, OBA #21348
Two West Second Street, Suite 900
Tulsa, OK 74103-3101
Telephone: 918/583-7129
Facsimile: 918/584-3814
Email: jgoodnight@tulsalawyer.com
Email: bphillips@tulsalawyer.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9th, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Brian A. Williams
Michael E. Carr
CARR & CARR
1350 S.W. 89th St.
Oklahoma City, OK 73159
bwilliams@carrcarr.com
mcarr@carrcarr.com
*Attorneys for Plaintiff*

s/ *F. Jason Goodnight*