## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRITTANY C. TAYLOR ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:23-cv-00132-D |
| ) | |
| THOMAS MATWETWE JUMA; And ) | |
| ROADPACER TRANSPORT ) | |
| LIMITED CO., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

COMES NOW Plaintiff Brittany Taylor and hereby dismisses with prejudice as to the claims asserted by Plaintiff, against Roadpacer Transport Limited Company and Thomas Matwetwe Juma. Under Fed. R. Civ. P. 41(a)(1)(A)(ii), "the Plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby dismisses her claims with prejudice, against Defendants Roadpacer Transport Limited Company and Thomas Matwetwe Juma. Each party to bear their own attorneys' fees and costs.

Respectfully submitted,

*s/ Michael Carr*
Michael E. Carr
OBA #22520
Charles G. Smart
OBA #14944

1

Attorneys for Plaintiff
Carr & Carr Injury Attorneys
4416 S. Harvard Ave.
Tulsa, OK  74135
Telephone: (918) 747-1000
mcarr@carrcarr.com
gsmart@carrcarr.com


s/ Brynna Phillips
F. Jason Goodnight
 OBA #19106
Brynna Schelbar Phillips
OBA #21348
Attorney for Defendants'
FRANDEN | FARRIS | QUILLIN
GOODNIGHT | ROBERTS + WARD
Two West Second Street, Suite 900
Tulsa, OK  74103-3101
Telephone:  918/583-7129
jgoodnight@tulsalawyer.com
bphillips@tulsalawyer.com

2